IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORBETT MCCALEB,<br><br>  Plaintiff,<br><br> vs.<br><br>MAGID FAHIM, WEXFORD HEALTH SOURCES, INC. and DAVID A. REDNOUR,<br><br>  Defendants. | Case No. 11-cv-1049-JPG-PMF |

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Magid Fahim, Wexford Health Sources, Inc., and David Rednour, and against Plaintiff Corbett McCaleb,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:**  May 20, 2013      NANCY J. ROSENSTENGEL, Clerk of Court

                 By: s/Brenda K. Lowe, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**